Adelaide NZEUSSEU, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 09–71325.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed March 2, 2012.

Bobby Glenn Bell, Jr., Surowitz & Bell, El Cerrito, CA, for Petitioner.

Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, Sunah Lee, Michelle Gorden Latour, Esquire, Assistant Director, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, for Respondent.

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Adelaide Nzeusseu, a native and citizen of Cameroon, petition for review of the Board of Immigration Appeals' ("BIA") order denying her motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Toufighi v. Mukasey,* 538 F.3d 988, 992 (9th Cir.2008), and we deny the petition for review.

The BIA did not abuse its discretion in denying Nzeusseu's motion to reopen as untimely where the motion was filed over three years after the BIA's final decision, *see* 8 C.F.R. § 1003.2(c)(2), and Nzeusseu failed to present evidence of changed circumstances in Cameroon to qualify for an exception to the time limit, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *Toufighi,* 538 F.3d at 996–97 (underlying adverse credibility determination rendered evidence of changed circumstances immaterial).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.